UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

PUIG, INC.,
a Florida corporation, et al.[1]

   Debtors.
_____/

Case No. 07-14026-BKC-RAM
Chapter 11 Cases
Substantively Consolidated

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing will be held on August 20, 2009 at 9:30 a.m., at the Claude Pepper Federal Building, 51 S.W. First Avenue, Courtroom 1406, Miami, FL 33130 to consider the following fee applications:

  1) *Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of* **GlassRatner Advisory & Capital Group, LLC** *as Chief Restructuring Officer and Financial Advisor for Services Pertaining to Ocean Bank's 2004 Examination and Related Production Request – Fees $8,699.00; Expenses $0.00* [D.E. No. 3213].

  2) *Fourth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of* **Berger Singerman, P.A.** *as Counsel to the Debtors – Fees $130,972.50; Expenses$25,063.63; Holdbacks $616,998.95* [ D.E. No. 3211].

  3) *Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses to* **Meland Russin & Budwick, P.A**. *as Counsel to Joint Committee – Fees $237,547.00; Expenses $37,063.31; Holdbacks $411,276.87* [D.E. No. 3210].

  4) *Fourth and Final Application for Compensation of Fees and Costs of* **Accountant** *for the Official Committee of the Unsecured Creditors ("UCC")- Fees $243,108.00; Expenses $0.00; Holdbacks $409,274.88* [D.E. No. 3208].

  5) *First and Final Application for Allowance and Payment of Compensation and*

---

[1] The last four digits of the taxpayers identification numbers for each of the original Debtors follow in parentheses: (i) Puig, Inc. ("PI") (1025); (ii) Puig Development Corporation ("Puig Development") (8022); (iii) JEP Investments, LLC ("JEP") (9540); (iv) Park View @ Palm Beach, LLC ("Park View") (0363); (v) Sonoma Park, LLC ("Sonoma") (7784); (vi) Summerlin at Winter Park, LLC ("Summerlin") (8224); (vii) Venetia Country Club, LLC ("Venetia") (0047); (viii) Arbor Heights, LLC ("Arbor Heights") (3627); (ix) The Residences at Whispering Pines, LLC ("Whispering Pines") (8524); (x) The Laurels at Sherwood, LLC ("Laurels") (8470); (xi) Silverado Park, LLC ("Silverado") (7690); (xii) Sunset Pointe at Ft. Myers, LLC ("Sunset Pointe") (8378); (xiii) Frenchwood Pointe, LLC ("Frenchwood") (8026); and (xiv) Sienna, LLC ("Sienna") (0013). The address is c/o GlassRatner Advisory & Capital Group LLC, Corporate Center, 110 East Broward Blvd., Suite 660, Fort Lauderdale, FL 33301

2258593-1

*Reimbursement of Expenses of **Donlin, Recano & Company, Inc.** as Information Agent to the Official Joint Committee of Unsecured Creditors – Fees $61,540.50; Expenses $20,878.56.* [D.E. No. 3202].

Dated: August 10, 2009                               CLERK OF COURT

                                                                 By:  <u>Elaine Howlan</u>
                                                                       Courtroom Deputy

The movant, or movant's counsel, Jordi Guso, shall serve a copy of this notice and, unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, Local Rules, or orders of the court, and shall file this original notice and completed certificate of service (printed on reverse) with the court.

> All moving or objecting parties shall bring to the hearing, a proposed order, sustaining their position, with appropriate copies and envelopes.

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of this Notice of Hearing was served was served electronically via CM/ECF on August 10, 2009 and via U.S. Mail, postage prepaid to those on the attached Service List on the 11th day of August, 2009.

                                                BERGER SINGERMAN, P.A.
                                                Attorneys for the Debtors
                                                200 South Biscayne Boulevard
                                                Suite 1000
                                                Miami, FL 33131
                                                Telephone: (305) 755-9900
                                                Facsimile:   (305) 714-4340

                                                By:<u>   */s/ Jordi Guso*   </u>
                                                      Jordi Guso
                                                      Florida Bar No. 863580
                                                      jguso@bergersingerman.com

| | | |
|---|---|---|
| Special Asst. U.S. Attorney<br>IRS District Counsel<br>1000 S. Pine Island Rd., Ste 300<br>Plantation, FL 33324-3906 | Internal Revenue Service<br>Special Procedures - Insolvency<br>7850 SW 6th Court<br>Plantation, FL 33324 | Special Asst. U.S. Attorney<br>P.O. Box 9, Stop 8000<br>51 SW 1st Avenue, #1114<br>Miami, FL 33130 |
| Doug Belden, Tax Collector<br>P.O. Box 172920<br>Tampa, FL 33672 | Honorable R. Alexander Acosta<br>U.S. Attorney<br>99 NE 4th Street<br>Miami, FL 33132 | Wake County Department of Revenue<br>P.O. Box 2331<br>Raleigh, NC 27602 |
| Diane Nelson, Tax Collector<br>P.O. Box 10832<br>Clearwater, FL 33757 | Pinellas County Tax Collector<br>P.O. Box 10832<br>Clearwater, FL 33757 | Earl K. Wood, Tax Collector<br>P.O. Box 2551<br>Orlando, FL 32801 |
| Honorable Doris Maloy<br>P.O. Box 1835<br>Tallahassee, FL 32302-1835 | Internal Revenue Service<br>Department of Treasury<br>227 N. Borough St.<br>Tallahassee, FL 32301 | Palm Beach County Tax Collector<br>P.O. Box 3353<br>West Palm Beach, FL 33402-3353 |
| Compass Bank<br>Attn: Frank D. Heuzel<br>P.O. Box 4444<br>Houston, Texas 77210-4444 | Banco Popular<br>7900 NW 154th Street<br>Miami Lakes, FL 33016 | Ocean Bank<br>780 NW 42nd Avenue<br>Miami, FL 33126 |
| Darin & Michelle Avick<br>189 Montclair Drive<br>Weston, FL 33326 | Big Idea Investments Limited<br>6/F 24 McDonald Road<br>Central<br>Hong Kong | Coldwell Banker Residential<br>Real Estate<br>8240 Mills Drive<br>Miami, FL 33183 |
| Jerry Marc Palm View, LLC<br>2843 S. Bayshore Drive, Suite 12F<br>Miami, FL | ~~Creative Mindworks~~<br>~~14160 NW 77th Court~~<br>~~Suite 11~~<br>~~Hialeah, FL 33016~~<br>**RTND MAIL 01/2009** | DAJO Investments, LLC<br>9700 NW 17th Street<br>Miami, FL |
| Milton's Siding<br>2200 Holiday Drive<br>Raleigh, NC 27610 | HHH Savannah Fund, LLC<br>2206 W. Atlantic Avenue<br>Suite 201<br>Delray Beach, FL 33445 | Iglesia Presbiteriana El Redentor<br>6971 Red Bug Lake Road<br>Oviedo, FL 32765 |
| Raul and Milagros Arias<br>8322 Dundee Terrace<br>Hialeah, FL 33016 | Micar Investments<br>473 Sunset Drive<br>Hallandale, FL 33009 | S&G Financial Services<br>of South Florida<br>3800 Bird Avenue<br>Miami, FL 33134 |
| ~~Sugar Tree Investors, LLC~~<br>~~1320 S Dixie Hwy, Ste 781~~<br>~~Miami, FL 33156~~<br>**RTND MAIL 01/2009** | Paola Padovan<br>696 Frenwood Rd.<br>Key Biscayne, FL 33149 | Charles McCall, Esq.<br>50 North Laura Street<br>Suite 3900<br>Jacksonville, FL 32202 |

| | | |
|---|---|---|
| Frank Heuszel<br>Compass Bank<br>10060 Skinner Lake Drive<br>Jacksonville, FL 32246 | RJL Prestige Consulting, LLC<br>109 NE 12th Avenue<br>Fort Lauderdale, FL 33301 | Craig Young<br>The International Bank of Miami<br>121 Alhambra Plaza<br>Coral Gables, FL 33134 |
| Commerce Bank<br>2500 Weston Road, Suite 401<br>Weston, FL 33326 | Robert A. Lopez<br>Commerce Bank<br>2500 Weston Road, Suite 401<br>Weston, FL 33326 | Mark Mayhew<br>Ocean Bank<br>780 NW 42nd Avenue<br>Miami, FL. 33126 |
| Ronald L. Glass<br>GlassRatner Advisory & Capital<br>66 West Flagler Street, Suite 401<br>Miami, Florida 33130 | Jose Vazquez<br>Banco Popular<br>7900 NW 154th Street<br>Miami Lakes, FL 33016 | Alan M. Weiss, Esq.<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202 |
| Nicolas Fernandez, Esq.<br>10 NW LeJeune Road<br>Suite 500<br>Miami, FL 33126 | JCS Consulting, Inc.<br>6060 W. 21st Ct., #603<br>Hialeah, FL 33015 | Angela Sherrill, Esq.<br>Garbett, Bronstein, Stiphany<br>& Allen, P.A.<br>80 S.W. 8th Street<br>Miami, FL 33130 |
| UPAC<br>P.O. Box 212516<br>Kansas City, MO 64121-2516 | Pinellas County Tax Collector<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | Sears Commercial One<br>4740 121 Street<br>Urbandale, IA 50323 |
| ~~Seagull Floors of Florida, LLC~~<br>~~Dept at 952104~~<br>~~Atlanta, GA 31192-2104~~<br>**RTND MAIL 01/2009** | Palm Beach County Tax Collector<br>P.O. Box 3353<br>West palm beach, FL 33416-4740 | Miami-Dade Tax Collector<br>140 W. Flagler Street<br>Room 101<br>Miami, FL 33130 |
| ~~JCS Consulting, Inc.~~<br>~~6060 W. 21 Court~~<br>~~Hialeah, FL 33016~~<br>**RTND MAIL 04/2009** | ~~Alvarez & Mendoza, P.A.~~<br>~~1000 Ponce de Leon Blvd.~~<br>~~Suite 200~~<br>~~Coral Gables, FL 33134~~<br>**RTND MAIL 01/2009** | Jorge Perez<br>2215 West 64 Street, #201<br>Miami, FL 33016 |
| Juan Perez<br>8185 N.W. 7 Street<br>Apt 504<br>Miami, FL 33126 | Pathman Lewis, LLC<br>2 South Biscayne Blvd.<br>Miami, FL 33131 | Quality Products<br>63005 Eaglebrook Avenue<br>Tampa, FL 33625 |
| West Coast Master Painters<br>3608 W. Euclid Avenue<br>Tampa, FL 33629 | Dianne Nelson Tax Collector<br>P.O. Box 10832<br>Clearwater, FL 33757-8832 | Honorable Doris Malloy<br>P.O. Box 1835<br>Tallahassee, FL 32302-1835 |
| Premium Assignment Corporation<br>P.O. Box 3100<br>Tallahassee, FL 32315-3100 | AAA Supply<br>590 W. 84th Street<br>Hialeah, FL 33014 | Hi-Tech Electric & Fire Corp.<br>1500 S.W. 101 Avenue<br>Miami, FL 33174 |

Adolfo Perez
P.O. Box 522205
Miami, FL 33152

North Florida Contract
Carpet, Inc.
5032-1 Tennessee Capital Blvd.
Tallahassee, FL 32303

Cuccina Oulin, Inc.
3651 N.W. 79 Avenue
Miami, FL 33166

Mc Connie Fence
4707 South 30th Avenue
Tampa, FL 33619

The Home Depot Supply
P.O. Box 5090058
San Diego, CA 92150-9058

Carpet One
3333 Capital Circle, N.E.
Tallahassee, FL 32308

City of Tallahassee
600 N. Monroe Street
Tallahassee, FL 32301-1262

William M. Tuttle, II, Esq.
700 South Dixie Highway,
Suite #200
Coral Gables, FL 33146

Swain Pools and Spas
1223 W. Tharpe Street
Tallahassee, FL 32303

Robert Frankel, Esq.
P.O. Box 01-9610
Miami, Florida 33101-9610

Irving B. Levenson
780 NE 69th Street
Suite 2209
Miami, FL 33138

Paul Orshan, Esq.
Duane Morris & Heckscher LLP
200 South Biscayne Boulevard,
Ste. 3410
Miami, FL 33131

David F. Hanley
515 E. Las Olas Boulevard
Suite 850
Fort Lauderdale, Florida 33301

Rolando Soberon
Graciela Soberon
1507 Ponce de Leon Avenue
PMB 252 San Juan, PR 00909

Pedro L. Dedesma, Esq.
590 W 84th Street
Hialeah, Florida 33014

Mrs. Fazia Lewis
West Coast Master Painters, Inc.
3608 W Euclid Avenue
Tampa, FL 33629

Duarte Viana, Owner
A T & L Granite & Marble, Inc.
4087 Cherrybrook Loop
Fort. Meyers, FL 33912

David Perez
Dajo Investments, LLC
9700 NW 17th Street
Miami, FL 33172

~~Jose Ordonez~~
~~6844 SW 92nd Street~~
~~Pinecrest, FL 33156~~
**RTND MAIL 01/2009**

~~Michael Hubbard~~
~~350 Grapetree Drive, #405~~
~~Key Biscayne, Florida 33149~~
**RTND MAIL 02/2009**

Rev. Carlos M. Salabarria
10850 SW 129th Street
Miami, FL 33176

Justo Fernandez
Commercebank, N.A.
220 Alhambra Circle, 9th Floor
Coral Gables, FL 33134

David S. Garbett, Esq.
Garbett, Bronstein, Stiphany, et al.
80 S.W. 8th Street, Suite 3100
Miami, FL 33130

Jerika Properties, Inc.
Attn: Alan Waserstein
6001 NW 1534d Street, #110
Miami Lakes, FL 33014

Paul L. Orshan
Duane Morris, LLP
200 S. Biscayne Blvd., #3400
Miami, FL 33131

Charles Scalise, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, 16th Floor
P.O. Box 4979
Orlando, FL 32801-4979

Miami-Dade County Tax Collector
Alexis R. Gonzalez
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

Cart Company
P.O. Box 573
Rolesville, NC 27571

Buckhead Capital Corp.
10305 Sabal Palm Avenue
Miami, FL 33156

Carolina Landscape & Irrigation, Inc
P.O. Box 90033
Raleigh, NC 27675

David Walker
Generation Drive
Bldg 1802, Unit B
Raleigh, NC 27612

City of Raleigh
P.O. Box 96084
Charlotte, NC 28296

Dan Glass & Mirror Services
3200 Gresham lake Rd.
Suite 109
Raleigh, NC 27615

~~James Mock/ Joshua & Jason Brown~~
~~North Hills Drive~~
~~Bldg 1917, Unit D~~
~~Raleigh, NC 27612~~
**RTND MAIL 01/2009**

Gyaca Advertising
14010 SW 108 Street
Miami, FL 33186

Hill's Complete Carpet Care
P.O. Box 245
Hillsborough, NC 27278

Stubbs Cole Breedlove Prentis
Biggs PLLC
122 East Parrish Street
Durham, NC 27701

Masterpiece Roofing
3208 Kenly Ct
Raleigh, NC 27607

Milton's Siding
2200 Holiday Drive
Raleigh, NC 27610

Travelers
CL % Specialty
Remittance Center
Hartford, CT 06183-1008

~~PH Property~~
~~One Capital Place, 4th Floor~~
~~P.O. Box GT Grand~~
~~Cayman Islands~~
**RTND MAIL 12/2008**

Sherwin Williams
Accounts Receivable Dept.
P.O. Box 12251
Durham, NC 27709-2251

Ellis T. Beasley
129 Coooley Road
Youngsville, NC 27596

The Home Depot
P.O.Box 509058
San Diego, CA 92150

The Travelers Indemnity Comp.
of America
CL Specialty Center
Hartford, CT 06183-1008

~~Manolo's Carpentry~~
~~120 W. 25 Street~~
~~Hialeah, FL 33010~~
**RTND MAIL 01/2009**

Wake County Revenue Department
P.O. Box 2331
Raleigh, NC 27602

AM PM Plumbing
5650 Jason Lee Place
Sarasota, FL 34233

National Carpet Cleaning &
National DYE
5428 Potter Street
Sarasota, FL 34232

Depalmco Landscape, Inc.
P.O. Box 558474
Miami, FL 33255-8474

House of Floors
P.O. Box 669
Tallevast, FL 34270

Quality Products
6305 Eaglebrook Avenue
Tampa, FL 33625

Miami Art of Stone, LLC
2369 West 78th Street
Hialeah, FL 33016

Prevail Pest Control
5305 Garden Lane
Tampa, FL 33610

Seugull Floors of Florida, LLC
Dept AT 952104
Atlanta, GA 31192-2104

~~Portofino Flooring~~
~~3605 Cedar Oak Drive~~
~~Suite 101~~
~~Fort Myers, FL 33901~~

Richard & Stephanie Welch
5128 Brookmeade Dr.
Sarasota, FL 34232-5602

Vision Concepts, Ink
8953 N.W. 23rd Street
Miami, FL 33172

Rainbow Kitchen Cabinets Corp.
2354 W. 79th Street
Hialeah, FL 33016

Sears Commercial One
4740 121 Street
Urbandale, IA 50323

Basil Valdivia, Esq.
c/o Morgan & Morgan
P.O. Box 4979
Orlando, FL 32802

Sarasota Glass & Mirror
3108 Clark Road
Sarasota, FL 34231

Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Avenue, 30th Floor
Miami, FL 33131

Bruce McDonald
3651 N. Goldenrod Road
B#-105
Winter Park, FL 32792

Michael D. LaBarbera
LaBarbera & Campbell
1907 West Kennedy Blvd.
Tampa, FL 33606

Nicole D. Ruocco, Esq.
Rissman, Barrett, Hurt, et al.
201 E. Pine Street, Suite 1500
Orlando, Florida 32802

Herbert R. Donica, Esq.
Donica Law Firm, P.A.
106 S. Tampania Ave., Suite 250
Tampa, FL 33609-3248

Jimenez Law Offices, PLLC
3737 Glenwood Avenue, Suite 100
Raleigh, NC 27612

PPTS 417 LLC
c/o Plymouth Park Tax Services
35 Airport Road, Suite 150
Morristown, NJ 07960

Beatriz Agramonte X206
Gulf Group Holdings Acquisitions and
Application, Inc.
18305 Biscayne Blvd., Suite 400
Aventura, FL 33160

Margaret C. Lumsden
Unti & Lumsden, LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Michael J. Schlesinger, Esq.
799 Brickell Plaza, Suite 700
Miami, FL 33131

Aaron M. Jacobs, Esq.
Isaak & Zwirn, P.A.
2107 W. Cass Street, Suite C
Tampa, FL 33606

Terrell C. Madigan, Esq.
Madigan Law Firm, P.L.
P.O. Box 10321
Tallahassee, FL 32302

Broward County Revenue Collection
Division
c/o Jeffrey J. Newton, Esq.
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

Margaret C. Lumsden, Esq.
Unti & Lumsden, LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Riverside Claims, LLC
P.O. Box 626
Planetarium Station
New York, NY 10024

Howard Freidin, Esq.
Howard Freidin, P.A.
2245 McGregor Boulevard
Fort Myers, Florida 33901

Lisa Echeverri, Executive Director
Florida Dept. of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Frank P. Rainer
Sternstein, Rainer & Clarke, P.A.
411 East College Avenue
Tallahassee, FL 32301

Tomach Investments/Orlando Benitez
c/o Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod
200 South Biscayne Boulevard, # 2500
Miami, Florida 33131-5340

Eqramul I. Chowdhury, J.D.
Julio C. Marrero and Associates, P.A.
2903 Salzedo Street, Penthouse One
Coral Gables, FL 33134

William M. Grodnick, City Atty
Melissa Negron, Asst. City Atty
City of Hialeah
501 Palm Avenue
Hialeah, FL 33010

Melinda S. Thornton
Miami-Dade County Asst Attorney
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, FL 33128-1993

William G. Lazenby
Englander & Fischer, P.A.
721 First Avenue North
St. Petersburg, Florida 33701

Mr. Hank Grayson
Masterpiece Construction d/b/a
Masterpiece Roofing
3208 Kenly Ct.
Raleigh, NC 27607

Case 07-14026-RAM    Doc 3221    Filed 08/10/09    Page 8 of 8